## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

ESTALIN JOSELITO BENAVIDES NARVAEZ.

      Petitioner,

      v.

TODD BLANCHE, *et al.*,

      Respondents.

No. 26cv5914 (RMB)

**MEMORANDUM ORDER**

**BUMB, Chief District Judge.**

This matter comes before the Court upon Petitioner Estalin Joselito Benavides Narvaez's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his mandatory detention by immigration authorities as unlawful. Dkt. No. 1 ("Petition"). For the reasons explained below, the Court will transfer this matter to cure want of jurisdiction.

## I.    BACKGROUND

The parties agree that Petitioner was transferred from Newark, New Jersey to Folkston D. Ray Processing Center in Folkston, Georgia on May 23, 2026, before the Petition was filed in the District of New Jersey. Dkt. No. 6 ("Answer"); Dkt. No. 6-4, Ex. D ("D. Ray James Processing Center Arrivals"); Dkt. No. 7 ("Mot. to Transfer Venue") ¶ 3. Thus, Petitioner is confined within the Southern District of Georgia. *Id.* ¶ 7.

For habeas petitions that challenge present physical confinement, jurisdiction lies in the district of confinement. *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). At the time the Petition was filed, Petitioner was confined in the Southern District of Georgia. Mot. to Transfer ¶ 7. This Court, therefore, lacks jurisdiction over the Petition.

## II.    TRANSFER TO CURE WANT OF JURISDICTION

Pursuant to 28 U.S.C. § 1631, when a court lacks jurisdiction over a civil action and it is in the interest of justice, the court:

> shall … transfer such action to any other such court … in which the action … could have been brought at the time it was filed … and the action .. shall proceed as if it had been filed in … the court to which it is transferred on the date upon which it was actually filed in … the court from which it is transferred.

At all relevant times, Petitioner's district of confinement is in the Southern District of Georgia, and Petitioner challenges his detention as unlawful. Therefore, it is in the interest of justice to transfer this matter to the district having jurisdiction over the Petition.

## III.    CONCLUSION

For the reasons explained above,

**IT IS**, on this **10th day of June 2026**,

**ORDERED** that the Clerk of Court shall **TRANSFER** this matter to the United States District Court, Southern District of Georgia pursuant to 28 U.S.C. § 1631 to cure want of jurisdiction; and it is further

2

**ORDERED** that the Clerk shall **CLOSE** this matter.

<u>s/Renée Marie Bumb</u>
RENÉE MARIE BUMB
Chief United States District Judge

3